UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NASH,<br><br>                    Petitioner,<br><br>v.<br><br>CHANCE ANDES, Warden,<br><br>                    Respondent. | Case No.: 25-cv-0977-JES-DEB<br><br>**ORDER PERMITTING PETITIONER TO FILE TRAVERSE (28 U.S.C. § 2254)** |

      Petitioner, a state prisoner proceeding through counsel, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on April 22, 2025. Dkt. No. 1. Respondent filed an Answer and Lodgment of State Court Records on September 24, 2025. Dkt. Nos. 10–11. Accordingly, Petitioner may file a traverse to matters raised in the answer no later than **November 3, 2025**. Any traverse by Petitioner (a) must state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) must be limited to facts or arguments responsive to matters raised in the answer; and (c) must not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered.

      No traverse can exceed ten (10) pages in length absent advance leave of Court for good cause shown. Any request for an extension of time within which to file any of the pleadings required by this Order must be made at least seven (7) days in advance of the

due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request must be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

Unless otherwise ordered by the Court, this case will be deemed submitted on the day following the date Petitioner's traverse is due. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

Petitioner must immediately notify the Court and counsel for Respondent of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  September 30, 2025

_____
Honorable Daniel E. Butcher
United States Magistrate Judge